IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

QCX LLC d/b/a Polymarket US,

*Plaintiff*,

v.

KEITH ELLISON, in his official capacity as Attorney General of Minnesota; TIM WALZ, in his official capacity as Governor of Minnesota; and JON ANGLIN, in his official capacity as Director of the Minnesota Alcohol and Gambling Enforcement Division,

*Defendants*.

Hon. Katherine M. Menendez

Case No.: 0:26-cv-02841-KMM-DTS

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Pending before the Court is Plaintiff, QCX LLC d/b/a Polymarket US's Motion for a Preliminary Injunction. For the reasons stated below, the Court **GRANTS** the Motion:

1. Plaintiff is likely to succeed on the merits of its claims that Minnesota's gaming laws, including Minnesota Statutes §§ 299L.03, 609.75 *et seq*., 609.7615, as amended and adopted by SF 3432, are preempted by the Commodities Exchange Act, 7 U.S.C. § 1, *et seq.*, unconstitutional, and invalid facially and as applied to Plaintiff;
2. Absent an injunction, Plaintiff will suffer irreparable harm;
3. Plaintiff has no adequate remedy at law;
4. The balance of equities and public interest favor granting Plaintiff's Motion.

Therefore, **IT IS ORDERED THAT:**

Defendants Attorney General Keith Ellison, Governor Tim Walz, and Director of the Minnesota Alcohol and Gambling Enforcement Division, Jon Anglin, in their official

capacities, be enjoined from investigating or enforcing Minnesota's gaming laws, including Minnesota Statutes §§ 299L.03, 609.75 *et seq*., 609.7615, as amended and adopted by SF 3432, in connection with event contracts offered on Polymarket US. Defendants are further enjoined from pursuing criminal or civil enforcement suits against Plaintiff.

Dated: ___________________

Katherine M. Menendez
United States District Judge