# UNITED STATES DISTRICT COURT

## District of Minnesota

QCX LLC,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.

Case Number: 26-cv-2841 KMM/DTS

Keith Ellison, Tim Walz, Jon Anglin,

Defendants.

_____

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.   The Motions for Preliminary Injunction, *CFTC* (Dkt. 24), *Kalshi* (Dkt. 21), and *Polymarket* (Dkt. 19) are **GRANTED**.

2.   Until a final decision on the merits is reached in these cases, Defendants are enjoined from enforcing Minn. Stat. § 609.7615, as amended and adopted by SF 3432, against entities that are registered as designated contract markets by the CFTC.

Date: 7/27/2026

KATE M. FOGARTY, CLERK